1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SMART,<br><br>            Plaintiff,<br><br>      vs.<br><br>GEORGRY, et al.,<br><br>            Defendants. | No. 1:21-cv-00457-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 7.)<br><br>ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER<br><br>(Doc. No. 3.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

         Plaintiff Aaron Smart is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

         On June 3, 2021, findings and recommendations were entered, recommending that this case be dismissed for Plaintiff's failure to obey the court's order of March 25, 2021, which required him to either submit an application to proceed *in forma pauperis* or pay the $402.00 filing fee for this action within 45 days. (Doc. No. 3.)  Plaintiff was granted 14 days in which to file objections to the findings and recommendations.  (*Id.*)  The 14-day time period has now expired and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1.  The findings and recommendations (Doc. No. 7) issued by the magistrate judge on June 3, 2021, are adopted in full;

2.  This action is dismissed, without prejudice, based on plaintiff's failure to comply with the court's order (Doc. No. 3) to either submit an application to proceed *in forma pauperis* or pay the $402.00 filing fee, issued on March 25, 2021; and

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __**July 30, 2021**__                                    _____

                                                                          UNITED STATES DISTRICT JUDGE